UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 22-07143-RAO   Date: April 17, 2023
Title:  Z.R.M. et al. v. Goleta Union School District et al.

Present:  The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder: N/A |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER GRANTING STIPULATIONS TO DISMISS [45][56]**

The Court is in receipt of the parties' stipulation to dismiss Defendant Sandra Avila, Dkt. No. 45, and the parties' stipulation to dismiss Defendant Goleta Union School District ("GUSD"), Dkt. No. 56. The parties did not attach a proposed order to the stipulation to dismiss GUSD. The Court hereby grants the parties' stipulations to dismiss as follows:

- Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Sandra Avila is hereby dismissed from this action with prejudice. *See* Dkt. Nos. 45, 46.
- Pursuant to and in accordance with the Court's Order Granting Petition for Expedited Approval of Minor's Compromise, dated April 3, 2023, Defendant Goleta Union School District is dismissed with prejudice. *See* Dkt. No. 56.

**IT IS SO ORDERED.**

Initials of Preparer   : dl